**Order filed September 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00422-CV
_____

**ANGELA ARELLANO, Appellant**

**V.**

**CHRISTOPHER STALEY, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1109147**

## O R D E R

Appellant's brief was due August 22, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court by **October 11, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM